UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CRYSTAL MAST,

                Defendant.

**ORDER**

22 Cr. 296 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The arraignment of Defendant Crystal Mast will take place on **June 2, 2022 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         May 25, 2022

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge