

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

October 25, 2022

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Crystal Mast*
Ind. # 22 Cr. 296(PGG)

Dear Judge Gardephe:

In line with Ms. Mast's bail conditions, she is confined to the SDNY and the EDNY. However, she is respectfully requesting permission to travel to Palm Beach, Florida from November 10 until November 15, 2022, to attend her brother's wedding. She will be staying at the same hotel during the entire trip. Should the Court permit, I have advised her to notify her PTS Officer of her full itinerary.

The government and PTS have no objection to this request.

Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.

MEMO ENDORSED
The Application is granted.
SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 1, 2022