UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>CRYSTAL MAST,<br><br>                                Defendant. | **ORDER**<br><br>22 Cr. 296 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Conference scheduled for December 13, 2022 is adjourned to **January 4, 2023, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

Upon the application of the United States of America, by and through Assistant United States Attorney Maggie Lynaugh, and with the consent of the Defendant (Dkt. No. 30), it is further ordered that the time between today and January 4, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution of this matter.

Dated: New York, New York
       December 12, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge