

April 14, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

>Re: *United States v. Crystal Mast*
>Ind. # 22 Cr. 296(PGG)

Dear Judge Gardaphe:

    I represent Ms. Mast, who is scheduled for sentencing on May 3, 2023. With the government's consent, I am respectfully requesting an adjournment until the week of June 12, 2023. There are still outstanding documents necessary before the filing of our submission.

    Thank you for your consideration.

>Respectfully submitted,
>
>SULLIVAN | BRILL, LLP
>
>_____
>By: Steven Brill, Esq.

**MEMO ENDORSED:** Sentencing is adjourned from May 3, 2023 to June 15, 2023 at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defendant's submission is due by May 25, 2023. The Government's submission is due by June 5, 2023.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: April 18, 2023