

May 1, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

                    Re: *United States v. Crystal Mast*
                         Ind. # 22 Cr. 296(PGG)

Dear Judge Gardaphe:

    Ms. Mast seeks permission to visit her brother in Florida from May 25-30. The government and PTS have no objection.

    Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.

MEMO ENDORSED
The Application is granted.
SO ORDERED:

_____
**Paul G. Gardephe, U.S.D.J.**
Date: May 8, 2023