

July 17, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

        Re: *United States v. Crystal Mast*
           Ind. # 22 Cr. 296(PGG)

Dear Judge Gardaphe:

    With the consent of the government, I am respectfully requesting that Ms. Mast be permitted to travel to Florida from August 1-8, 2023, to visit her brother.

    Thank you for your consideration.

                                      Respectfully submitted,

                                      SULLIVAN | BRILL, LLP

                                      _____
                                      By: Steven Brill, Esq.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Date: July 20, 2023