

July 18, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Crystal Mast*
Ind. # 22 Cr. 296(PGG)

Dear Judge Gardephe:

With the consent of the government, I am respectfully requesting that Ms. Mast be permitted to travel to Massachusetts from July 25-27, 2023, to visit her boyfriend's family.

Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.

MEMO ENDORSED
The Application is granted.
SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Date: July 20, 2023