

August 7, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

                Re: *United States v. Crystal Mast*
                    Ind. # 22 Cr. 296(PGG)

Dear Judge Gardaphe:

      Your Honor previously authorized Ms. Mast's travel to Florida. Originally it was her intention to return tomorrow. However, she respectively requests permission to extend her trip to Saturday. Her PTS officer is aware of this request and has no objection.

      Thank you for your consideration.

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul G. Gardephe*
**Paul G. Gardephe, U.S.D.J.**
Date: August 9, 2023

Respectfully submitted,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.