

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

August 23, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

Re: *United States v. Crystal Mast*
Ind. # 22 Cr. 296(PGG)

Dear Judge Gardaphe:

    Ms. Mast has been sentenced and is due to surrender September 15, 2023. Ms. Mast seeks Your Honor's permission to travel to Lake George with her family from August 29 until September 2. Her PTS officer has no objection.

    Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

_____
By: Steven Brill, Esq.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Date: August 24, 2023