

October 22, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
For the Southern District of New York
40 Foley Square
New York, New York 10007

> MEMO ENDORSED
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul S. Gardephe*
>
> Paul G. Gardephe, U.S.D.J.
>
> Dated: October 25, 2023

Re: *United States v. Crystal Mast*
    Ind. # 22 Cr. 296(PGG)

Dear Judge Gardephe:

    Ms. Mast was sentenced by Your Honor on June 15, 2023. She is presently incarcerated at FCI Danbury. As part of her original bail conditions, she surrendered her U.S. Passport. Now that her case is resolved, and she is serving her sentence, I am respectfully requesting that Your Honor remove this condition and authorize Pre-Trial Services to release her Passport to her or her family.

    Thank you for your consideration.

Respectfully submitted,

SULLIVAN | BRILL, LLP

By: Steven Brill, Esq.